# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00714-CR

**Patrick Orlando Brewington, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE DISTRICT COURT OF BELL COUNTY, 426TH JUDICIAL DISTRICT
NO. 65045, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant Patrick Orlando Brewington seeks to appeal a judgment of conviction for aggravated sexual assault. The trial court has certified that (1) this is a plea bargain case and Brewington has no right of appeal, and (2) Brewington has waived the right of appeal. The appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Patterson and Henson

Dismissed for Want of Jurisdiction

Filed:   December 2, 2010

Do Not Publish